No. 93–6769. TROTMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6770. PATTERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6773. GREATHOUSE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6774. WATSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6775. PITTMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6776. HICKS *v.* BALTIMORE GAS & ELECTRIC CO. C. A. 4th Cir. Certiorari denied.

No. 93–6778. PHILLIPS *v.* CITY OF THOMASTON, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–6783. BARRON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6785. GARRETT *v.* JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–6787. KIDD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6794. ABDUL-KHALIQ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6795. FLEMING *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6797. JONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6798. WARD *v.* DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Certiorari denied.

No. 93–6800. BOLNER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6802. HARRIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.